BRYCE GRAY *et al.*, Appellants, *v.* MAIER ROTHSCHILD *et al.*, Respondents.

*Court of Appeals, January* 29, 1889.

Affirming 48 Hun, 596.

*Pleadings. Demurrer. Joinder of actions.*—Several creditors of a common debtor, who have been defrauded by similar, though not the same, representations, cannot unite in a common action to recover damages for the deceit; and where the objection appears upon the face of the complaint, a demurrer on this ground is well taken.

Appeal from an order and judgment of the general term, affirming an order and interlocutory judgment entered thereon sustaining a demurrer to the complaint.

*Henry L. Landon*, for appellants.

*Otto Horwitz*, for respondents.

DANFORTH, J.—It may very well be that each plaintiff has a good cause of action against the defendants, but the plaintiffs have none common to all or jointly with each other. Each individual and each firm may have been defrauded by similar, although not the same, representations,

but the complaint shows that each has suffered separately, and its whole scope and meaning is inconsistent with the idea that the plaintiffs, or any two or more of them, are jointly prejudiced. As the objection appears upon the face of the complaint, the demurrer was well taken.

The judgment should be affirmed.

All concur.